|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | |
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br><br>GHOST VAPES, INC. | CASE NO.: 2:20-BK-13542 SK<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

    Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

    Name(s): Anglia Forwarding

    Mailing Address: The Anglia Center, Blackwater Close, Hyndai Jakarta Shenzhen Fairview I

    City, State, Zip Code: Rainham, RM13 8UA  UNITED KINGDOM

3. **New Address:**

    Mailing Address: Unit 3, Amberley Way

    City, State, Zip Code: Hounslow, TW4 6BX United Kingdom

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number _____

    Joint Debtor's DeBN account number _____

Date: April 16, 2020

Joseph P. Buchman
Requestor's printed name(s)

/s/ Joseph P. Buchman
Requestor's signature(s)

Attorney for Debtor
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                                                              **F 1002-1.3.CHANGE.ADDRESS**